UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLE TO ENCHANTRESS HAZEL A. PRIMOUS CIA OF DC AND CIA AFRICA , DC BOARD OF ELECTIONS,<br><br>                                   Plaintiff,<br><br>                -against-<br><br>NYS BOARD OF ELECTIONS EXECUTIVE BOARD KRISTEN ZEBROWSKI STAVISKY; RAYMOND J. RILEY III; COMMISSIONERS HENRY BERGER; CO-CHAIR COMMISSIONER PETER KOSINSKI; CO-CHAIR COMMISSIONER ESSMA BAGNUOLA; COMMISSIONER ANTHONY CASALE; CANDIDATES SOUTHERN DISTRICT US ATTORNEY GENERAL JOON KIM; PREET BHARABA,<br><br>                                   Defendants. | 24-cv-6268 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the October 28, 2024, order, Plaintiff's complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

      Plaintiff is warned that if she continues to pursue frivolous litigation in this Court, she may be ordered to show cause why she should not be barred from filing new actions IFP unless she receives prior permission.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 30, 2024
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                  Chief United States District Judge